UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Kevin Porter & Vincent Chaney      \*

     \*

v.      \*      Civil Action No. 1:20-cv-01210-JL

     \*

Willie Scurry et al.      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ALTER OR AMEND JUDGMENT

Defendants, Willie Scurry and Denise Hartley, file this motion to alter or amend the judgment of this Court, dated November 6, 2025, denying their motion for summary judgment on the basis of qualified immunity and state as follows:

1. On November 6, 2025, this Court issued a decision with respect to Defendants' motions for summary judgment, in which it granted and denied aspects of the Defendants' motions for summary judgment. (ECF Doc. 113.)

2. Pertinent to the present motion before the Court, the Court concluded that Willie Scurry and Denise Hartley were not entitled to summary judgment on the basis of qualified immunity.

3. Based on the contemporaneously filed memorandum of law and pursuant to Federal Rule of Civil Procedure 59(e), Scurry and Hartley respectfully request that the Court alter or amend its order and grant them qualified immunity with respect to Plaintiffs' claims against them. See Local Rule 7.1(a)(2).

4. Due to the nature of this motion, Plaintiffs' concurrence was not sought. See Local Rule 7.1(c).

WHEREFORE Defendants Willie Scurry and Denise Hartley respectfully request that this Court:

A.  Grant their motion;

B.  Alter or amend the Court's order and grant them summary judgment based on qualified immunity; and

C.  Grant such further relief that is just.

Respectfully submitted,

**WILLIE SCURRY AND DENISE HARTLEY**

By their counsel,

**GALLAGHER, CALLAHAN & GARTRELL, P.C.**

Date: November 20, 2025      By:    /s/ Matthew V. Burrows
                                    Matthew V. Burrows, Esq. (#20914)
                                    214 N. Main Street
                                    Concord, NH 03301
                                    (603) 228-1181
                                    burrows@gcglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to all counsel of record via the Court's Electronic Filing System.

Date: November 20, 2025      By:    /s/ Matthew V. Burrows
                                    Matthew V. Burrows, Esq. (#20914)

2