UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Kevin Porter & Vincent Chaney | \* | |
| | \* | |
| v. | \* | Civil Action No. 1:20-cv-01210-JL |
| | \* | |
| Willie Scurry et al. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT DENISE HARTLEY'S NOTICE OF APPEAL**

NOTICE is hereby given that Defendant Denise Hartley appeals to the United States Court of Appeals for the First Circuit from the Memorandum Orders of the Court entered on November 6, 2025 and April 21, 2026 with respect to the issue of qualified immunity as it pertains to the Plaintiffs' claim of a violation of their constitutional rights under 42 U.S.C. § 1983. (ECF Docs. 113 and 116).

Respectfully submitted,

**DENISE HARTLEY**

By Her Attorneys,

**GALLAGHER, CALLAHAN & GARTRELL, P.C.**

Dated:  May 8, 2026

By:  /s/ Matthew V. Burrows
Matthew V. Burrows, Esq. (#19540)
214 North Main Street
Concord, NH  03301
603-228-1181
burrows@gcglaw.com

1

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that a copy of the foregoing was sent this date to all parties/counsel of record via the Court's electronic filing system.


Dated:  May 8, 2026        By: /s/ Matthew V. Burrows
                 Matthew V. Burrows, Esq. (#19540)